■ In the Matter of DAVID GRACZYK, Appellant, v LYNN BULERA, Respondent. [711 NYS2d 809] —Appeal unanimously dismissed without costs (*see, Matter of Cherilyn P.*, 192 AD2d 1084, *lv denied* 82 NY2d 652; *see also*, CPLR 5511). (Appeal from Order of Erie County Family Court, Mix, J.—Visitation.) Present—Pigott, Jr., P. J., Pine, Hurlbutt, Scudder and Kehoe, JJ.